# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CERVANTES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No. 06-cv-1754 TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE SCHEDULING ORDER<br>(Doc. 6) |

On November 27, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Doc. 2). On December 6, 2006, the Court issued a Scheduling Order ("Order"). (Doc. 6). The Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Id.).

On April 10, 2007, Defendant lodged the administrative record. (Doc. 12). Pursuant to the Order, Plaintiff was required to file her opening brief on or before July 16, 2007. (Doc. 6). To date, Plaintiff has failed to file an opening brief. (See docket sheet).

Accordingly, this Court ORDERS Plaintiff, no later than October 19, 2007, to show cause in

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's scheduling order. This Court will vacate this Order to Show Cause if Plaintiff files and serves her opening brief no later than October 15, 2007.

**Plaintiff is admonished that failure to timely comply with this order will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 1, 2007**                                        /s/ Theresa A. Goldner
                                                                                 UNITED STATES MAGISTRATE JUDGE

2