# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CERVANTES, | Case No. 1:06-cv-1754 TAG |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 15) |
| v. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HER OPENING BRIEF OR OTHERWISE PLEAD (Doc. 16) |
| Defendant. | |

This Court having timely received Plaintiff's "Response to Order to Show Cause" (Doc. 16), and good cause appearing,

IT IS ORDERED that

1. The Court's Order to Show Cause Why Sanctions Should Not Be Imposed For Failure to Comply with the Scheduling Order (Doc. 15) is hereby DISCHARGED; and

2. Plaintiff's request for an extension of time (Doc. 16) to October 15, 2007, to file her opening brief or other responsive pleadings is GRANTED.

IT IS SO ORDERED.

Dated:  **October 24, 2007**                    /s/ Theresa A. Goldner
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).