# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CERVANTES, ) | No. 06-cv-1754 TAG |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE WHY |
| ) | SANCTIONS SHOULD NOT BE |
| vs. ) | IMPOSED FOR FAILURE TO |
| ) | COMPLY WITH COURT ORDERS |
| MICHAEL J. ASTRUE,[1] ) | (Docs. 6, 22) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 27, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Doc. 2). On December 6, 2006, the Court issued a Scheduling Order ("Order"). (Doc. 6). The Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Id.).

On April 10, 2007, Defendant lodged the administrative record. (Doc. 12). Pursuant to the Order, Plaintiff was required to file her opening brief on or before July 16, 2007. (Doc. 6). On October 1, 2007, the undersigned issued an order to show cause directing Plaintiff either to explain why she had failed to timely file her opening brief or to file an opening brief. (Doc. 15). For good

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

cause shown, this Court discharged the order to show cause and granted Plaintiff until October 15, 2007, to file her opening brief. (Doc. 19).

On November 8, 2007, this Court granted a motion to withdraw as attorneys of record brought by filed by Plaintiff's attorneys and directed the attorneys to execute service of the order on Plaintiff, stating that, when the attorneys filed proof of service with the Court, the order would become effective. (Docs. 21, 22). In addition, in the November 8 order, the undersigned, <u>sua sponte</u>, granted Plaintiff an additional thirty days – until December 14, 2007 – to file her opening brief. (Doc. 22). To date, Plaintiff has not filed her opening brief, nor have her attorneys filed proof of service of the order granting their motion to withdraw, and, accordingly, they remain Plaintiff's attorneys of record. (<u>See</u> Dkt. Sheet).

Accordingly, this Court ORDERS Plaintiff, no later than January 22, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and failure to comply with this Court's scheduling orders.

**Plaintiff is admonished that failure to timely comply with this order will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 11, 2008**                    /s/ Theresa A. Goldner
                                                 UNITED STATES MAGISTRATE JUDGE