IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CERVANTES, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> MICHAEL J. ASTRUE,[1] ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | No. 06-cv-1754 TAG <br><br> ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR FURTHER EXTENSION OF TIME <br> (Doc. 25) |

On November 27, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Doc. 2). On December 6, 2006, the Court issued a Scheduling Order ("Order"). (Doc. 6). The Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Id.).

On April 10, 2007, Defendant lodged the administrative record. (Doc. 12). Pursuant to the Order, Plaintiff was required to file her opening brief on or before July 16, 2007. (Doc. 6). On

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

1  October 1, 2007, the undersigned issued an order to show cause directing Plaintiff either to explain
2  why she had failed to timely file her opening brief or to file an opening brief.  (Doc. 15).  For good
3  cause shown, this Court discharged the order to show cause and granted Plaintiff until October 15,
4  2007, to file her opening brief.  (Doc. 19).
5          On November 8, 2007, this Court granted a motion to withdraw as attorneys of record
6  brought by filed by Plaintiff's attorneys and directed the attorneys to execute service of the order on
7  Plaintiff, stating that, when the attorneys filed proof of service with the Court, the order would
8  become effective.  (Docs. 21, 22).  In addition, in the November 8 order, the undersigned, <u>sua sponte</u>,
9  granted Plaintiff an additional thirty days – until December 14, 2007 – to file her opening brief.
10 (Doc. 22).  To date, Plaintiff has not filed her opening brief, nor have her attorneys filed proof of
11 service of the order granting their motion to withdraw, and, accordingly, they remain Plaintiff's
12 attorneys of record.  (<u>See</u> Dkt. Sheet).
13         On January 11, 2008, the Court issued an Order to Show Cause why sanctions should not be
14 issued for failing to comply with the Court's orders, i.e., why the case should not be dismissed for
15 failing to file an opening brief as ordered by the Court.  (Doc. 24).  On January 11, 2008, Plaintiff
16 filed a Response to the Order to Show Cause, requesting an extension of time to February 22, 2008,
17 to file an opening brief.
18         Plaintiff has failed to file an opening brief as ordered on at least two occasions in this action,
19 which have resulted in the issuance of two orders to show cause.  Plaintiff has also been granted at
20 least two extensions of time to file an opening brief in this action, and to date, Plaintiff has not filed
21 an opening brief.  The Court will grant Plaintiff one last extension of time to an opening brief.  No
22 further extensions of time will be granted.

23                                          **ORDERS**
24      The Court makes the following orders:
25      1. Plaintiff Rosemary Cervantes shall have to and including February 1, 2008 to file an
26 opening brief.
27 ///
28
                                                    2

2. Plaintiff's request for an extension of time to February 22, 2008 to file an opening brief is DENIED.

**PLAINTIFF IS FOREWARNED THAT HER FAILURE TO FILE AN OPENING BRIEF BY FEBRUARY 1, 2008 WILL RESULT IN DISMISSAL OF THIS ACTION.**

IT IS SO ORDERED.

Dated:   **January 18, 2008**              /s/ Theresa A. Goldner
                                            UNITED STATES MAGISTRATE JUDGE